AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2018 APR 11  A 9:14
US DISTRICT COURT
BRIDGEPORT CT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID REICHARD | ) | Case No. 3:18mj625(HBF) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2018 through April 2018__ in the county of __Fairfield__ in the _____ District of __CONNECTICUT__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 846 and 844(a) | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances<br>Possession with Intent to Distribute Controlled Substances<br>Possession of Heroin |

This criminal complaint is based on these facts:
See Attached Affidavit of DEA Task Force Officer William R. McMahon

☐ Continued on the attached sheet.

*Complainant's signature*

DEA TFO William R. McMahon
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ Holly B. Fitzsimmons

Date: 04/06/2018

*Judge's signature*

City and state: Bridgeport, CONNECTICUT

Holly B. Fitzsimmons, U.S. Magistrate Judge
*Printed name and title*